DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WALKER PROPERTY SERVICES, LLC,**
Appellant,

v.

**JOHN TIBBS,**
Appellee.

No. 4D4D19-3697

[July 9, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 2019CA005659XXXMB.

Jack J. Aiello, Brian M. McPherson, Meredith Biggs Plummer, and J. Anthony Nelson of Gunster, Yoakley & Stewart, P.A., West Palm Beach, for appellant.

Rainier Reguiero of Remer & Georges–Pierre, PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***